IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-127 |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **WILLIAM ORTIZ** | : | |

## ORDER

    By Court Order, this case was placed under seal upon the application of the United States for a sealing order.  The United States has filed a motion to unseal, stating that it is no longer necessary for this case to remain sealed.  Therefore, it is hereby ORDERED that said motion is GRANTED.  This case is UNSEALED as of this date.


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania

Dated:      February 18, 2014