# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-127 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **WILLIAM ORTIZ,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 11th day of January, 2017, upon consideration of the *pro se* petition (Doc. 55) by defendant William Ortiz ("Ortiz") to withdraw funds held in the court registry in his name pursuant to 28 U.S.C. §§ 2041-44, and it appearing that no funds contemplated by §§ 2041-44 are held or have ever been held in the court registry in Ortiz's name, it is hereby ORDERED that Ortiz's petition (Doc. 55) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania