# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-127** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **WILLIAM ORTIZ,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of August, 2017, upon consideration of the *pro se* motion (Doc. 63) to correct clerical error regarding jail credit filed by defendant William Ortiz ("Ortiz"), wherein Ortiz contends that, during sentencing before this court on August 19, 2014, the court "granted credit" against Ortiz's federal sentence for "all time served in . . . the York County Jail" pending sentencing, (id.), and the court having reviewed the sentencing transcript, and finding that no such request was made or granted, and thus concluding that there is no clerical error to correct in the court's judgment, it is hereby ORDERED that Ortiz's motion (Doc. 63) to correct clerical error regarding jail credit is DENIED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania